IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM THEODORE JOY, | ) |
| | ) |
| Plaintiff, | ) NO. 3:11-0863 |
| | ) JUDGE HAYNES |
| v. | ) |
| | ) |
| STATE OF TENNESSEE | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon review of the file, the Clerk of Court mailed a copy of Order in this action to the Plaintiff on October 28, 2011. (Docket Entry No. 14). The Order was returned to the Court with the notation "Return to Sender - Unable to Forward." (Docket Entry No. 15).

Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known address. It is a party's responsibility to inform the Court of his address so as to enable the Court to inform all parties of matters arising in the litigation. Downs v. Pyburn, No. 3:87-0471 (M.D. Tenn. Order filed September 4, 1987). The Plaintiff has failed to inform the Court of his new address, and the Court is unable to conduct the necessary proceedings in this action.

Accordingly, this action is **DISMISSED without prejudice** under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to prosecute.

It is so **ORDERED**.

ENTERED this the 17 day of November, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge